NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PIETRO PASQUALE-ANTONI SGROMO, AKA PETER ANTHONY SGROMO,**
*Plaintiff-Appellant*

**v.**

**LEONARD GREGORY SCOTT, EUREKA INVENTIONS LLC,**
*Defendants-Appellees*

---

2021-1106

---

Appeal from the United States District Court for the Northern District of California in No. 4:19-cv-08170-HSG, Judge Haywood S. Gilliam Jr.

---

PER CURIAM.

# O R D E R

Upon consideration of the court's opinion that this appeal be transferred to the U.S. Court of Appeals for the Ninth Circuit,

IT IS ORDERED THAT:

The appeal is transferred to the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

February 8, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court